IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　Defendant. | **8:25CV25**<br><br>**MEMORANDUM AND ORDER** |

　　　　Plaintiff Billy Tyler ("Plaintiff"), a non-prisoner, filed two motions seeking leave to proceed in Forma Pauperis. Filing Nos. 4 and 6. Upon review of Plaintiff's Motion at Filing No. 4, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

　　　　IT IS THEREFORE ORDERED that Plaintiff's motion at Filing No. 4 seeking leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. As the second motion seeking leave to proceed in Forma Pauperis at Filing No. 6 is largely identical to the motion seeking leave to proceed in Forma Pauperis granted by this Court in this order, the second motion at Filing No. 6 is denied as moot.

　　　　Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 21st day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge